FILED

07/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0257

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0257

_____

CHARLES SPRAGUE, by and through Paulette
Sprague, and PAULETTE SPRAGUE,

     Plaintiffs, Counterclaim
     Defendants, and Appellees,

   v.

                                  O R D E R

TIM BEARD,

     Defendant, Counterclaim
     Plaintiff, and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 26 2023